W. L. Chenault, of Decatur, for appellant.

Eyster & Eyster, of Decatur, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

44 So.2d 910

### Tex CHURCHWELL v. STATE.
#### 8 Div. 837.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

51 So.2d 912

### CITY OF ANNISTON v. Jerry BROOKS, pro ami.
#### 7 Div. 114.

Court of Appeals of Alabama.
Jan. 9, 1951.

Appeal from Circuit Court, Calhoun County; Leslie C. Longshore, Judge.

PER CURIAM.

Appeal dismissed.

49 So.2d 924

### George CLARK v. STATE.
#### 6 Div. 104.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

PER CURIAM.

Affirmed.

48 So.2d 890

### Joe O. CLAYTON v. STATE.
#### 2 Div. 802.

Court of Appeals of Alabama.
Nov. 28, 1950.

Appeal from Circuit Court, Wilcox County; W. E. Callen, Judge.

Grand larceny.

John W. Drinkard, of Linden, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

44 So.2d 32

### Lewis CLAYTON v. STATE.
#### 6 Div. 832.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

49 So.2d 924

### Joseph CLEMENTS v. STATE.
#### 6 Div. 995.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Appeal dismissed.